IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| MAURICE EUGENE DANCY, Institutional ID No. 316646, SID No. 2348836, Plaintiff, v. TEXAS BOARD OF PARDON AND PAROLES ("BPP"), Defendant. | CIVIL ACTION NO. 5:16-CV-024-BQ ECF |

## ORDER

Proceeding *pro se* and *in forma pauperis*, Plaintiff Maurice Eugene Dancy filed this action under 42 U.S.C. § 1983. On April 7, 2016, the court issued a Report recommending that the district court dismiss Plaintiff's Complaint as time barred. On March 23, 2017, the district court declined to adopt the court's Report and Recommendation and transferred this case back to the undersigned judge's docket to further develop the facts of the case and to address the merits of Plaintiff's claims. ECF No. 15. Accordingly, the April 7, 2016, Report and Recommendation (ECF No. 10) is **WITHDRAWN**.

**SO ORDERED.**

Dated: June 2, 2017

D. GORDON BRYANT, JR.
**UNITED STATES MAGISTRATE JUDGE**

1